IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAMILLE P. JORDAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:25-00097-KD-B |
| | ) |
| **TJX d/b/a T.J. MAXX,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this **19th** day of **May 2025**.

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**